1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST C. TAYLOR,<br><br>        Plaintiff,<br><br>   v.<br><br>B. RAMIRES and K. FLORES,<br><br>        Defendants. | 1:25-cv-01418 HBK (PC)<br><br>ORDER TRANSFERRING CASE |

Before the Court is *pro se* Plaintiff Forrest Taylor's Complaint filed under 42 U.S.C. § 1983. (Doc. No. 1). Plaintiff, who is a prisoner and confined within the Florida Department of Corrections, did not accompany his Complaint with the filing fee or an application to proceed *in forma pauperis*. (*See* docket).

Nonetheless, the Court undertook a review of the Complaint and finds Plaintiff should have brought this action in the United States District Court in the Northern District of California. According to the Complaint, the events giving rise to Plaintiff's claims occurred while Plaintiff was confined at Salinas Valley Prison, which is located in Monterey County, California, and is within the venue of the United States District Court for the Northern District of California. *See* 28 U.S.C. § 1391(b).

Thus, in the interests of justice the Court transfers this case pursuant to 28 U.S.C. § 1406(a).

1

Accordingly, it is **ORDERED**:

The Clerk of Court is directed to transfer this action to the United States District Court for the Northern District of California and shall close the case in this Court after transfer.

Dated:     October 24, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE